## MOTT v. BRANHAM.

FISH, P. J. 1. The judge presiding neither expressed nor intimated his opinion as to what had been proved. He fully and fairly stated to the jury the issues in the case and the respective contentions of the parties, and properly instructed the jury as to the law applicable to the evidence.

2. The verdict was authorized by the evidence, and the court did not err in refusing a new trial.          *Judgment affirmed.   All the Justices concur.*

Submitted January 30, — Decided March 4, 1905.

Distress warrant. Before Judge Parker. Glynn superior court. August 9, 1904.

*Ernest Dart,* for plaintiff in error.   *J. T. Colson,* contra.